RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/7/06
BY OM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **BAYOU SHOPPING CENTER, LTD.** | CASE NO. CV03-1727-S |
| **VERSUS** | JUDGE STAGG |
| **THE KROGER COMPANY** | MAGISTRATE JUDGE ~~PAYNE~~ HAYES |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that all claims herein of Bayou Shopping Center, Ltd., and the Kroger Company, Hayward Baker, Inc., Pacific Employers Insurance Company, St. Paul Fire & Marine Insurance Company, Travelers Casualty & Surety Company, L.G. Barcus & Sons, Inc., and Professional Service Industries, be and are hereby dismissed with prejudice, with the Kroger Company reserving all rights to its damages as described in <u>The Kroger Company v. L.G. Barcus & Sons, Inc., et al</u>, number 470,454, 1st Judicial District Court, Caddo Parish, Louisiana.

This 7th day of June, 2006.

_____
JUDGE